

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| WAKESHA IVES, | § | No. 08-16-00026-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D04844) |
|  | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 8, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jim Darnell, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 8, 2016.

IT IS SO ORDERED this 18th day of July, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.